# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2012

145539

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PINE HOLLOW ESTATES, LLC,
          Plaintiff-Appellant,

v

          SC: 145539
          COA: 303600
          Genesee CC: 09-092066-CZ

CITIZENS BANK,
          Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the June 19, 2012 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Kim v JP Morgan Chase Bank* (Docket No. 144690) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2012
_____
                              Clerk

p1128